# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 17-11145-ELF

JOHN M. HYND

25 Inland Road

Levittown, PA 19057

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JOHN M. HYND

25 Inland Road

Levittown, PA 19057

**Counsel for debtor(s), by electronic notice only.**
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 5/10/2017

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee