UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JOHN M. HYND                          :         CHAPTER 13 BANKRUPTCY
        Debtor                                :         NO. 17-11145

CERTIFICATION OF NO RESPONSE AND
CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES

    I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor listed above, certify the following:

1.    On July 16, 2017, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtor, Trustee and all interested parties.

2.    I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

    Respectfully submitted,

    /s/ Paul H. Young

    _____
    PAUL H. YOUNG, ESQUIRE
    Attorney for Debtor
    3554 Hulmeville Rd., Suite 102
    Bensalem, PA   19020